IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY HILL,                          )
                                       )    2:13-cv-00281-GEB-JFM
            Plaintiff,                 )
                                       )
      v.                               )    ORDER TO SHOW CAUSE AND
                                       )    CONTINUING STATUS (PRETRIAL
COMCAST CORPORATION; COMCAST           )    SCHEDULING) CONFERENCE
CABLE COMMUNICATIONS, L.L.C.;          )
and DOES 1 through 10,                 )
inclusive,                             )
                                       )
            Defendants.                )
_____        )

The February 14, 2013 Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case on April 29, 2013, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. The February 14th Order further required that a status report be filed regardless of whether a joint report could be procured. No joint status report was filed; only Defendants filed a Status Report in which they state: "[Defendants] endeavored to meet and confer with Plaintiff to file a joint status report, but Plaintiff's counsel refused to participate, based on the fact that Plaintiff has a pending motion to remand set for hearing on April 22, 2013." (Defs.' Status Report 1:22-24, ECF No. 10.)

Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than April 29, 2013, why sanctions should

1

1  not be imposed against him and/or his counsel under Rule 16(f) of the

2  Federal Rules of Civil Procedure for failure to file a timely status

3  report. The written response shall also state whether Plaintiff or his

4  counsel is at fault, and whether a hearing is requested on the OSC.[1] If

5  a hearing is requested, it will be held on June 10, 2013, at 9:00 a.m.,

6  just prior to the status conference, which is rescheduled to that date

7  and time. A <u>joint</u> status report shall be filed no later than fourteen

8  (14) days prior to the status conference.

9       IT IS SO ORDERED.

10 Dated:  April 18, 2013

11

12  _____
    GARLAND E. BURRELL, JR.

13  Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

---

25       [1]  "If the fault lies with the attorney, that is where the impact

26  of sanction should be lodged.  If the fault lies with the clients, that
    is where the impact of the sanction should be lodged." <u>Matter of</u>

27  <u>Sanction of Baker</u>, 744 F.2d 1438, 1442 (10th Cir. 1984), <u>cert. denied</u>,
    471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their

28  consequences, are visited upon clients. <u>In re Hill</u>, 775 F.2d 1385, 1387
    (9th Cir. 1985).